USCA1 Opinion

 

 December 7, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1026 UNITED STATES, Appellee, v. JOSEPH FALCONE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ William A. Hahn and Hahn & Matkov on brief for appellant. _______________ _____________ Jay P. McCloskey, United States Attorney, Helene Kazanjian, __________________ _________________ Assistant U.S. Attorney, and George T. Dilworth, Assistant U.S. ____________________ Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Having carefully reviewed the parties' __________ briefs and the record, we affirm the judgment. Contrary to appellant's suggestion, the Sentencing Guidelines explicitly provide that "uncounseled misdemeanor sentences where imprisonment was not imposed" are "to be counted in the criminal history score." U.S.S.G. 4A1.2 comment. (backg'd). Falcone's constitutional challenge was rejected by the Supreme Court in Nichols v. United States, 114 S. Ct. _______ _____________ 1921 (1994). Accordingly, the district court committed no error, much less plain error, in computing appellant's criminal history score. Affirmed. See Loc. R. 27.1.  ________ ___ -2-